Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of DUNINGER CORPORATION d/b/a ACTIVE ENGINEERING,<br><br>Plaintiff,<br><br>v.<br><br>VETERANS NORTHWEST CONSTRUCTION, LLC, a Washington limited liability company; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,<br><br>Defendants. | Case No. 3:14-cv-05033-BHS<br><br>ORDER STAYING PROCEEDINGS |

THIS MATTER having come upon the Stipulated Motion of the parties in this case; the Court having reviewed the records and files herein, including the stipulation of the parties to stay proceedings pending completion of the contract dispute resolution process; and the Court being fully informed in the premises; now, therefore, it is hereby:

ORDER STAYING PROCEEDINGS – 1
138836.1 / 101296.2

LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4023
(206) 287-9900  Fax: (206) 287-9902

ORDERED that all matters herein are stayed pending completion of the contract dispute resolution process as currently initiated by Defendant Veterans Northwest Construction, LLC before the Department of the Navy. The Clerk shall administratively close this matter, and the parties shall move to reopen when appropriate.

DATED this 26th day of March, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

| | |
|---|---|
| **AHLERS & CRESSMAN PLLC** | **AHLERS & CRESSMAN PLLC** |
| By:    */s/ John P. Ahlers* | By:    */s/ Lindsay K. Taft* |
| John P. Ahlers, WSBA #13070 | Lindsay K. Taft, WSBA #43012 |
| jahlers@ac-lawyers.com | ltaft@ac-lawyers.com |
| 999 Third Avenue, Suite 3800 | 999 Third Avenue, Suite 3800 |
| Seattle, Washington 98104-4088 | Seattle, Washington 98104-4088 |
| Telephone: (206) 287-9900 | Telephone: (206) 287-9900 |
| Facsimile: (206) 287-9902 | Facsimile: (206) 287-9902 |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

ORDER STAYING PROCEEDINGS – 2
138836.1 / 101296.2

Notice of Presentment Waived:

| **GROFF MURPHY, PLLC** | **GROFF MURPHY, PLLC** |
|---|---|
| By: /s/ *Michael J. Murphy* | By: /s/ *Meredith L. Thielbahr* |
| Michael J. Murphy, WSBA# 11132 | Meredith L. Thielbahr, WSBA #41746 |
| Groff Murphy, PLLC | Groff Murphy, Pllc |
| 300 East Pine Street | 300 East Pine Street |
| Seattle, WA 98122 | Seattle, WA 98122 |
| Telephone: (206) 628-9500 | Telephone: (206) 628-9500 |
| Facsimile: (206) 628-9506 | Facsimile: (206) 628-9506 |
| E-Mail: mmurphy@groffmurphy.com | Email: mthielbahr@groffmurphy.com |
| Attorneys For Defendants | Attorneys For Defendants |

ORDER STAYING PROCEEDINGS – 3

138836.1 / 101296.2
LAW OFFICES OF
AHLERS & CRESSMAN PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4023
(206) 287-9900   Fax:  (206) 287-9902