Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of DUNINGER CORPORATION d/b/a ACTIVE ENGINEERING, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS NORTHWEST CONSTRUCTION, LLC, a Washington limited liability company; and SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, <br><br> Defendants. | Case No. 3:14-cv-05033-BHS <br><br> ORDER OF DISMISSAL WITH PREJUDICE <br><br> (Clerk's Action Required) |

THIS MATTER having come upon the Stipulated Motion of the parties in this case; the Court having reviewed the records and files herein, including the stipulation of the parties to dismiss this case with prejudice and without costs and attorneys' fees to any party; and the Court being fully informed in the premises; now, therefore, it is hereby:

ORDERED that

1. The Clerk is directed to reopen this case pursuant to the Court's Order Staying Proceedings (Dkt. 19); and

ORDER OF DISMISSAL WITH PREJUDICE – 1

Ahlers Cressman & Sleight PLLC
999 Third Ave, Suite 3800 Seattle, WA 98104-4023

174553.1 / 101296.2

2. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims in the above-entitled matter are hereby dismissed with prejudice and without costs and attorneys' fees assessed against any party.

DONE IN COURT this 29th day of October, 2018.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

**AHLERS CRESSMAN & SLEIGHT PLLC**

By: *s/John P. Ahlers*
John P. Ahlers, WSBA #13070
john.ahlers@acslawyers.com
Lindsay Taft Watkins, WSBA #43012
Lindsay.watkins@acslawyers.com
999 Third Avenue, Suite 3800
Seattle, Washington 98104-4088
Telephone: (206) 287-9900
Facsimile: (206) 287-9902
*Attorneys for Plaintiff*

**GROFF MURPHY, PLLC**

By: *s/Michael Murphy* (per 10/25/18 email authorization)
Michael J. Murphy, WSBA# 11132
mmurphy@groffmurphy.com
Groff Murphy, PLLC
300 East Pine Street
Seattle, WA 98122
Telephone: (206) 628-9500
Facsimile: (206) 628-9506
*Attorneys for Defendants*

ORDER OF DISMISSAL WITH PREJUDICE – 2



ORDER OF DISMISSAL WITH PREJUDICE – 3



174553.1 / 101296.2